AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

I.K.I. ARCHITECTURAL GLAZING SYSTEMS
 a/k/a IKI Architectural Glazing Systems
 a/k/a IKI Architectural Glazing Systems,Inc., an unincorpo
JOHN MAHONEY, Individually and d/b/a
 I.K.I. Architectural Glazing Systems
 a/k/a IKI Architectural Glazing Systems
 a/k/a IKI Architectural Glazing Systems, Inc.
GERALD MAHONEY, Individually and d/b/a I.K.I. Architectural Glazing Systems
 a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.

Case: 1:07-cv-00924
Assigned To : Lamberth, Royce C.
Assign. Date : 5/17/2007
Description: Labor-ERISA

CASE NUMBER:

TO: (Name and address of Defendant)

I.K.I. ARCHITECTURAL GLAZING SYSTEMS
 a/k/a IKI Architectural Glazing Systems
 a/k/a IKI Architetctural Glazing Systems, Inc., an unincorporated business
1822 West Franklin Street, Suite B
Evansville, IN 47712

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

SANFORD G. ROSENTHAL, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          MAY 17 2007
CLERK                             DATE

_/s/_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6-7-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Buffy Baker | Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: IKI Architectural Glazing Systems 7822 B W. Franklin St. Evansville, IN 47712

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Name of Person Served: Gerald Mahoney  Title: Owner - IKI

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-7-07         Buffy Baker
              Date           Signature of Server

7600 Md. Mt Vernon Rd.
Evansville, IN 47712
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.