UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS & ALLIED TRADES INDUSTRY PENSION FUND, ) ) ) ) ) Plaintiff, ) ) v. ) ) I.K.I ARCHITECTURAL GLAZING SYSTEMS, *et al.*, ) ) ) ) Defendants. ) ) | Civil Action No. 07-924 (RCL) |

## ORDER

Since proof of service has been filed and defendants I.K.I. Architectural Glazing Systems, John Mahoney, and Gerald Mahoney, have failed to respond, accordingly, it is hereby

ORDERED, that within 15 days of the date of this order, plaintiff shall cause default to be entered by the Clerk of Court and file a motion for entry of judgment thereon, or show cause why a motion for default judgment has not been filed, or the complaint will be dismissed with prejudice pursuant to Local Civil Rule 83.23.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 10, 2007.