Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

    Plaintiff(s)

v.

Civil Action No. 07-924 (RCL)

I.K.I. ARCHITECTURAL GLAZING SYSTEMS, et al.

    Defendant(s)

RE: I.K.I. ARCHITECTURAL GLAZING SYSTEMS
a/k/a ARCHITECTURAL GLAZING SYSTEMS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 7, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 19th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND
_____

      Plaintiff(s)

      Civil Action No. 07-924 (RCL)

v.

I.K.I. ARCHITECTURAL GLAZING
SYSTEMS, et al.
_____

      Defendant(s)

RE: GERALD MAHONEY, individually
and d/b/a I.K.I. ARCHITECTURAL GLAZING SYSTEMS
a/k/a I.K.I. ARCHITECTURAL GLAZING SYSTEMS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 7, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 19th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
      Deputy Clerk

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND
_____

    Plaintiff(s)

                                              Civil Action No. 07-924 (RCL)

V.

I.K.I. ARCHITECTURAL GLAZING
SYSTEMS, et al.
_____

    Defendant(s)

RE:  JOHN MAHONEY, individually
and d/b/a I.K.I. ARCHITECTURAL GLAZING SYSTEMS
a/k/a I.K.I. ARCHITECTURAL GLAZING SYSTEMS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on June 18, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 19th day of July, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
              Deputy Clerk