IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff ) <br> v. ) <br> ) <br> I.K.I. ARCHITECTURAL GLAZING SYSTEMS ) <br> a/k/a IKI Architectural Glazing Systems ) <br> a/k/a IKI Architectural Glazing Systems, Inc.,) <br> an unincorporated business et al. ) <br> ) <br> Defendants ) | CIVIL ACTION NO. <br> 1:07-cv-00924 (RCL) |

## ENTRY OF APPEARANCE

Kindly enter the appearance of Kent G. Cprek, Esquire as counsel for the Plaintiffs in the above-captioned matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
I.D. # 40806
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0615

Date: July 28, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

197913-1                                3

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served via first class mail, postage prepaid on the date and to the addresses below:

I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

John Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

Gerald Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: July 28, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**