IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff )<br>v. )<br>)<br>I.K.I. ARCHITECTURAL GLAZING SYSTEMS )<br>   a/k/a IKI Architectural Glazing Systems )<br>   a/k/a IKI Architectural Glazing Systems, Inc.,)<br>   an unincorporated business et al. )<br>)<br>Defendants ) | CIVIL ACTION NO.<br>1:07-cv-00924 (RCL) |

### NOTICE TO SATISFY JUDGMENT

**TO THE CLERK:**

Kindly mark the judgment in the above-referenced matter **PAID IN FULL** and **SATISFIED**.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE
I.D. # 40806
The Penn Mutual Towers – 16th Floor
510 Walnut Street
Philadelphia, PA 19106
(215) 351-0615

Date: July 28, 2008

## CERTIFICATE OF SERVICE

I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Notice to Satisfy Judgment to be served via first class mail, postage prepaid on the date and to the addresses below:

I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI
Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

John Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI
Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

Gerald Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI
Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

/s/ Kent G. Cprek
KENT G. CPREK, ESQUIRE

Date: July 28, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**

197913-1                                2