IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>    Plaintiff )<br>v. )<br>)<br>I.K.I. ARCHITECTURAL GLAZING SYSTEMS )<br> a/k/a IKI Architectural Glazing Systems )<br> a/k/a IKI Architectural Glazing Systems, Inc.,)<br> an unincorporated business et al. )<br>)<br>    Defendants ) | CIVIL ACTION NO.<br>1:07-cv-00924 (RCL) |

### NOTICE TO SATISFY JUDGMENT

**TO THE CLERK:**

Kindly mark the judgment in the above-referenced matter **PAID IN FULL** and **SATISFIED**.

            Respectfully submitted,

            JENNINGS SIGMOND, P.C.

            BY: /s/ Kent G. Cprek
            KENT G. CPREK, ESQUIRE
            I.D. # 40806
            The Penn Mutual Towers – 16th Floor
            510 Walnut Street
            Philadelphia, PA 19106
            (215) 351-0615

Date: July 29, 2008

## CERTIFICATE OF SERVICE

      I, KENT G. CPREK, Esquire state under penalty of perjury that I caused a copy of the foregoing Notice to Satisfy Judgment to be served via first class mail, postage prepaid on the date and to the addresses below:

I.K.I. Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems a/k/a IKI
Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

John Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI
Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

and

Gerald Mahoney, Individually and d/b/a I.K.I. Architectural Glazing Systems a/k/a IKI
Architectural Glazing Systems a/k/a IKI Architectural Glazing Systems, Inc.
1822 West Franklin Street, Suite B
Evansville, IN 47712

                                                /s/ Kent G. Cprek
                                                KENT G. CPREK, ESQUIRE

Date: July 29, 2008

**THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED AND IS AVAILABLE FOR VIEWING AND DOWNLOADING FROM THE CM/ECF SYSTEM**